**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**PEDRO ROJAS, HEDIBERTO RAMIREZ PEREZ, MARIBEL LOPEZ MARTINEZ,** and **ARGENTINA JUAREZ-LOPEZ** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**ANDREW McCOY**, Special Agent, Homeland Security Investigations, in his individual capacity; **LINDSAY VALENTINO**, Special Agent, Homeland Security Investigations, in her individual capacity; **MICHAEL DONNELL**, Deportation Officer, Immigration and Customs Enforcement, in his individual capacity**; JAKE MATTHEW BELL,** Agent, Homeland Security Investigations, in his individual capacity; **JASON BURRELL**, Agent, United States Border Patrol, in his individual capacity; **FOSTER RUBINSTEIN**, Agent, United States Border Patrol, in his individual capacity; **J. DI BELLA**, Agent, United States Border Patrol, in his individual capacity; **IAN BROCKWAY**, Agent, United States Border Patrol, in his individual capacity; **DENNIS LAST NAME UNKNOWN**, Agent, United States Border Patrol, in his individual capacity; **BRANDON GEER**, Deportation Officer, Immigration and Customs Enforcement, in his individual capacity; **DON HILTON**, Sheriff, Oswego County, in his individual capacity; **BRIAN SCHENCK**, Sheriff, Cayuga County, in his individual capacity; **EDGAR LORENZO**, Agent, United States Border Patrol, in his individual

**Case No. 5:26-cv-01716-ECC-ML**

**NOTICE OF MOTION FOR PRELIMINARY INJUNCTION**

**ORAL ARGUMENT REQUESTED**

capacity; **JAVIER LORENZO**, Agent, United States Border Patrol, in his individual capacity; **DANIEL HUTCHINGS**, Agent, United States Border Patrol, in his individual capacity; **CHARLIE RODRIGUEZ**, Agent, United States Border Patrol, in his individual capacity; **NICHOLAS MULZOFF**, Agent, United States Border Patrol, in his individual capacity; **REGAN D.,** Agent, Homeland Security Investigations, in her individual capacity; **AGENTS DOE 1-60,** Officers, United States Border Patrol, Homeland Security Investigations, Immigration and Customs Enforcement, Internal Revenue Service, Cayuga County Sheriff's Office, and Oswego County Sheriff's Office**;** **MARKWAYNE MULLIN**, Secretary of the Department of Homeland Security, in his official capacity; **DAVID VENTURELLA**, Acting Director of Immigration and Customs Enforcement, in his official capacity; **THOMAS BROPHY**, Director of Enforcement and Removal Operations for the Buffalo Field Office of Immigration and Customs Enforcement, in his official capacity; and **JAMES D'AMATO**, Chief Patrol Officer, United States Border Patrol, Buffalo Sector, in his official capacity;

Defendants.

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the Declaration of Perry M. Grossman, and the exhibits appended thereto, including the Declaration of Plaintiff Hediberto Ramirez Perez, and the Declaration of Elizabeth Ramirez-Abrams, the accompanying Memorandum of Law, and all other pleadings and proceedings in this action, Plaintiff Hediberto Ramirez Perez, by and through undersigned counsel, will, as soon as counsel may be heard, move this Court for an Order, pursuant

to Federal Rule of Civil Procedure 65, granting a preliminary injunction for Plaintiff Ramirez Perez against Defendants Mullin, Venturella, Brophy, and D'Amato (the "Official Capacity Defendants"), and for any other relief the Court deems just and proper. Plaintiff Ramirez Perez requests oral argument because of the importance and complexity of the factual and legal issues at stake in this motion.

Dated: September 14, 2026

Respectfully submitted,

**NEW YORK CIVIL LIBERTIES UNION FOUNDATION**
*/s/ Perry Grossman*
Perry Grossman (#702421)
Wafa Junaid (#706888)
Claire Molholm (#706788)
Thomas Munson (#707489)
Molly Biklen (#515729)
125 Broad Street
New York, New York 10004
Phone: (212) 607-3300
pgrossman@nyclu.org
wjunaid@nyclu.org
cmolholm@nyclu.org
tmunson@nyclu.org
mbiklen@nyclu.org

**WORKER JUSTICE CENTER OF NEW YORK**
*/s/ Olivia Post Rich*
Olivia Post Rich (#703805)
Malcolm Kim (#706400)*
1187 Culver Road
Rochester, New York 14609
Phone: 646-545-2211
opostrich@wjcny.org
mkim@wjcny.org

**PAUL TUCK LAW**
*/s/ Paul J. Tuck*
Paul J. Tuck (#520814)
PO Box 44
Manlius, New York 13104
(315) 314-4545
paul@paultucklaw.com

**ARNOLD & PORTER KAYE SCHOLER LLP**

Diana E. Reiter*
Lucy S. McMillan*
Kristine Rose Itliong (#704401)
Alexis Gannaway*
250 West 55th St.
New York, NY 10019
T: (212) 836-8000
F: (212) 836-8689
diana.reiter@arnoldporter.com
lucy.mcmillan@arnoldporter.com
kristine.itliong@arnoldporter.com
alexis.gannaway@arnoldporter.com

Stephanie M. Bonnett**
Gabriela E. Guimaraes Weldon**
601 Massachusetts Ave. NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999
stephanie.bonnett@arnoldporter.com
gabriela.guimaraesweldon@arnoldporter.com

*Counsel for Plaintiffs*

*Application for NDNY admission forthcoming.
**Application for *pro hac vice* admission forthcoming.