# EXHIBIT 2

**DECLARATION OF ELIZABETH RAMIREZ-ABRAMS**

Elizabeth Ramirez-Abrams, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am over 18 years of age.

2. I am a United States citizen. I am white.

3. I have personal knowledge of the facts in this declaration.

4. I reside with my family in Martville, New York, with my husband, Hediberto ("Eddie") Ramirez-Perez, and our two sons. I grew up in Martville and was glad to move back here with my husband and two children so we could be closer to family.

5. I first met Eddie in November 2008. We were introduced by my sister and began dating right away.

6. Our sons were born in New York in 2011 and 2012. They are United States citizens.

7. Eddie and I were engaged in June 2014. He proposed to me over dinner with our boys at our home.

8. Eddie and I have been married since August 23, 2014. I was the first of my father's children who he was able to walk down the aisle. My father was so happy to be able to give me away to Eddie and over the course of our relationship and marriage my father and Eddie have become close friends.

9. Eddie and I are both critical providers for our family. Until he was deported, Eddie and I both worked full time. Eddie contributed about 55 percent of our household income. Both of our incomes were essential to ensuring that our rent was paid, our children had food to eat, and the lights and heat stayed on in our home.

10. Eddie and I were full partners in everything in our home. Eddie and I both bathed and changed the boys when they were little. He cooked, cleaned, he did yard work. He's always doing something for the family. He's the greatest man I've ever met.

11. Eddie is a wonderful father. He loves to spend time with his boys. As a family, we would go to theme parks, nature trails, and the movies together. We loved going on road trips and driving to see waterfalls. We had our routines and our places. Recently, I took the boys out to KFC, but it reminded us of the times we went there together as a family with their dad. We just couldn't bring ourselves to stay because it didn't feel right to be there without Eddie.

12. My older son has been diagnosed with an anxiety disorder for which he has been prescribed medication, as well as a learning disability and sleep apnea. He has also shown symptoms of autism spectrum disorder for which he is undergoing evaluation by doctors. He has an Individualized Education Program ("IEP") at school. After Eddie was deported, during one visit with a doctor evaluating him, our older son told the doctor: "They took my dad on the first day of school." And that broke my heart. Since Eddie was taken, our older son has been keeping himself isolated in his room far more than he used to. His symptoms are worse in the absence of his father. His father's presence was calming and stabilizing for him in a way that nothing else is.

13. Our younger son also has a learning disability and an IEP. He did not begin speaking until he was nearly five years old and required early intervention services. My younger son and his father were inseparable—they used to do everything together. Since Eddie was taken, my younger son tells people: "They took my best friend."

14. Eddie and I fully shared responsibility for taking care of our boys, taking their medications, and making sure they get to where they needed to be, whether it's school or

doctor's appointments in Fulton and Syracuse. We would alternate taking the boys places so that neither of us was late or absent to work any more than necessary.

15. Eddie helped both boys with their schoolwork, taking the time to sit with them and work through words and problems the way children with learning disabilities need—patiently, persistently, never giving up, always showing love and care for his sons.

16. I have struggled with my own mental health challenges, including depression and bipolar disorder, and learning disabilities over the years. Eddie has always been my greatest source of support. He knew what I needed, he was there for me, and he helped me through difficult periods in ways that only he can.

**EDDIE'S SEIZURE AND DEPORTATION**

17. On September 4, 2025, Eddie and I were both working our regular shifts at Nutrition Bar Confectioners, Inc. ("NBC") in Cato, New York, where we have both worked. I was outside the factory on my break, speaking with my sister on the phone, when I saw the agents arrive. Sheriff vehicles, SUVs, buses, and four-wheelers pulled into the parking lot.

18. Two agents approached me and asked whether I worked at NBC. I said yes. They told me the factory was closed and that I should go home. I began crying and told them my husband was inside, that he had work authorization, a social security number, a pending immigration case, and that he had children at home.

19. None of the agents asked me or the other white employees near me about our immigration status.

20. The agents then escorted me into the break room to retrieve my belongings. As I was brought in, I saw Eddie across the room. We made eye contact. We could not speak to each

other. Eddie, as he always does, tried to reassure me that everything would be ok. That was the last time I saw my husband in person.

21. After I left the factory, I went to my car. I stood there for a while hoping to see Eddie again. When an agent approached, I begged him to let me stay and wait for my husband. The agent said no and told me that I had to leave.

22. I didn't know where Eddie would be taken, but I knew the closest immigration office was in Oswego. So I called the Oswego Border Patrol Station to try to find Eddie. No one would tell me whether Eddie was even at the station. After that, I tried calling every other place I could think of that Eddie might be taken. For the rest of September 4 and all of September 5, I did not know where Eddie was or what was happening to him.

23. On Saturday, September 6, 2025, I finally received a call from Eddie. He was in a detention facility in Texas. The call was cut off after two minutes, right after Eddie told me that I needed to get a hold of his lawyer.

24. On September 7, 2025, Eddie called and told me that he had been deported to Guatemala. He has been there ever since. Before Eddie was taken, he was with us for every birthday, every holiday, every special occasion, and every family dinner. Since then, we have missed birthdays, holidays, and the routines of everyday family life. Every day apart takes a greater toll on all of us.

**THE IMPACT ON OUR FAMILY SINCE EDDIE WAS TAKEN**

25. The impact of Eddie's deportation on our family has been devastating.

26. I am now the sole breadwinner for our family. I work full-time at NBC and take as much overtime as I can get, but I can't possibly work enough to make up for the loss of Eddie's income and take care of our two children without my husband. We are struggling

financially. We have received shut-off notices for our electricity. We cannot afford to visit Eddie in Guatemala.

27. When we are able to communicate with Eddie by FaceTime, I can see that he has lost a significant amount of weight and does not look well.

28. Both boys are exhibiting emotional and behavioral problems at home that were not present before Eddie was taken. My older son's anxiety has worsened noticeably and he keeps himself isolated in his room more than before his father was taken. My younger son is heartbroken. He and his dad were two peas in a pod. Talking about his father, I have heard my younger son tell people: "They took my best friend."

29. I am also experiencing severe struggles without Eddie. I am trying my best to keep everything together—to work, to parent alone, to support my boys—but it is incredibly difficult. I have been trying to see a counselor, but finding the time and resources to do that while working full-time and single-parenting two children with learning disabilities has been very hard. I have a learning disability of my own, and I am doing all of this without my husband. As much as I try to hold it together for my family, I am severely depressed and anxious over the absence of my husband. I cry pretty frequently and at unpredictable times and places. With all the strain on me from the stress of separation from my husband and everything it takes to keep our family going in his absence, I can feel my body shutting down.

30. When Eddie worked at NBC, he was a well-liked and respected employee, who almost never missed work. The owners of NBC frequently ask after Eddie and my family and how we are doing. They have told me that when Eddie comes back, his job at the plant is waiting for him.

31. Eddie is a provider, but he's not just a provider. He is our anchor. He is the person who sat with our boys through the hard moments, who always showed up for me and them, who made the world feel like a better place for us.

32. When Eddie was home, our family worked. Since he was taken, our family has not. I am doing everything I can, but there is no substitute for having him here—for me, and especially for our sons.

33. Eddie is ready and willing to return to the United States immediately and we are more than ready to have him home with us. He is desperate to come home. And our family needs him home.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 29/09/2026, 2026, in Martville, New York.

Elizabeth Ramirez-Abrams