# EXHIBIT 5

An official website of the United States government Here's how you know

EOIR | Automated Case Information

**Court Closures Today** September 14, 2026

Please check https://www.justice.gov/eoir-operational-status for up to date closures.

Home > RAMIREZ-PEREZ, HEDIBERTO ([redacted])

# Automated Case Information

**Name: RAMIREZ-PEREZ, HEDIBERTO | A-Number: [redacted]**

## Next Hearing Information

*There are no future hearings for this case.*

## Court Decision and Motion Information

The immigration judge **GRANTED** voluntary departure.

**DECISION DATE**
June 14, 2023

**COURT ADDRESS**
130 DELAWARE AVENUE, SUITE 300
BUFFALO, NY 14202

## BIA Case Information

## Court Contact Information

A case appeal was received on **July 14, 2023**. It is currently pending.

**ALIEN BRIEF STATUS**

The alien brief was received on April 4, 2025.

**DHS BRIEF STATUS**

The DHS brief was received on March 14, 2025.

If you require further information regarding your case, or wish to file additional documents, please contact the Board of Immigration Appeals.

**COURT ADDRESS**

OFFICE OF THE CHIEF CLERK
5107 LEESBURG PIKE, SUITE 2000
FALLS CHURCH, VA 22041

**PHONE NUMBER**

(703) 605-1007