# EXHIBIT 6


UNITED STATES OF AMERICA
EMPLOYMENT AUTHORIZATION
Surname
RAMIREZ PEREZ
Given Name
HEDIBERTO
USCIS#
088-184-804
Category
C10
Card#
MSC2390389495
Terms and Conditions
None
Date of Birth
[redacted]1978
Sex
M
Country of Birth
Guatemala
Valid From: 09/26/24
Card Expires: 09/25/29
NOT VALID FOR REENTRY TO U.S.

10-9-24


IAUSA0881848047MSC2390389495<<
7803163M2909255GTM<<<<<<<<<<<2
RAMIREZ<PEREZ<<HEDIBERTO<<<<<<
If found, drop in any US Mailbox. USPS: Mail to 7 Product Way, Lees Summit, MO 64002