**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**PEDRO ROJAS, HEDIBERTO RAMIREZ PEREZ, MARIBEL LOPEZ MARTINEZ,** and **ARGENTINA JUAREZ-LOPEZ** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**ANDREW McCOY**, Special Agent, Homeland Security Investigations, in his individual capacity; **LINDSAY VALENTINO**, Special Agent, Homeland Security Investigations, in her individual capacity; **MICHAEL DONNELL**, Deportation Officer, Immigration and Customs Enforcement, in his individual capacity**; JAKE MATTHEW BELL,** Agent, Homeland Security Investigations, in his individual capacity; **JASON BURRELL**, Agent, United States Border Patrol, in his individual capacity; **FOSTER RUBINSTEIN**, Agent, United States Border Patrol, in his individual capacity; **J. DI BELLA**, Agent, United States Border Patrol, in his individual capacity; **IAN BROCKWAY**, Agent, United States Border Patrol, in his individual capacity; **DENNIS LAST NAME UNKNOWN**, Agent, United States Border Patrol, in his individual capacity; **BRANDON GEER**, Deportation Officer, Immigration and Customs Enforcement, in his individual capacity; **DON HILTON**, Sheriff, Oswego County, in his individual capacity; **BRIAN SCHENCK**, Sheriff, Cayuga County, in his individual capacity; **EDGAR LORENZO**, Agent, United States Border Patrol, in his individual

**Case No. 5:26-cv-01716-ECC-ML**

**[PROPOSED] ORDER FOR ENTERING A PRELIMINARY INJUNCTION**

capacity; **JAVIER LORENZO**, Agent, United States Border Patrol, in his individual capacity; **DANIEL HUTCHINGS**, Agent, United States Border Patrol, in his individual capacity; **CHARLIE RODRIGUEZ**, Agent, United States Border Patrol, in his individual capacity; **NICHOLAS MULZOFF**, Agent, United States Border Patrol, in his individual capacity; **REGAN D.,** Agent, Homeland Security Investigations, in her individual capacity; **AGENTS DOE 1-60,** Officers, United States Border Patrol, Homeland Security Investigations, Immigration and Customs Enforcement, Internal Revenue Service, Cayuga County Sheriff's Office, and Oswego County Sheriff's Office**;** **MARKWAYNE MULLIN**, Secretary of the Department of Homeland Security, in his official capacity; **DAVID VENTURELLA**, Acting Director of Immigration and Customs Enforcement, in his official capacity; **THOMAS BROPHY**, Director of Enforcement and Removal Operations for the Buffalo Field Office of Immigration and Customs Enforcement, in his official capacity; and **JAMES D'AMATO**, Chief Patrol Officer, United States Border Patrol, Buffalo Sector, in his official capacity;

Defendants.

**[PROPOSED] ORDER**

WHEREAS Plaintiff Hediberto Ramirez Perez ("Plaintiff" or "Mr. Ramirez Perez") has established a likelihood of success on the merits, that Defendants wrongfully removed Plaintiff to Guatemala; and

WHEREAS Plaintiff has established irreparable harm resulting from his wrongful removal and inability to reunite with his family in New York; and

WHEREAS Plaintiff has established that it is in the public interest to prevent wrongful removal of noncitizens in the absence of a final order of removal; and

WHEREAS Plaintiff is unable to afford a security bond, and the Government will not be financially harmed by the relief provided herein; and

WHEREAS, for the foregoing reasons, and for good cause shown, it is hereby ORDERED that Defendants Markwayne Mullin, David Venturella, Thomas Brophy, and James D'Amato in their officials capacities (collectively, the "Official-Capacity Defendants") shall restore Mr. Ramirez Perez to the *status quo ante* position he occupied prior to Defendants' September 4, 2025 operation at Nutrition Bar Confectioners at Cato, N.Y. as follows:

1. The Official-Capacity Defendants shall provide Mr. Ramirez Perez a boarding letter sufficient to permit him to board a commercial flight to the United States and a travel document permitting his admission at a United States port of entry;

2. The Official-Capacity Defendants shall either arrange and purchase or provide payment for a commercial flight for Mr. Ramirez Perez to return from Guatemala to the jurisdiction of this Court in the Northern District of New York;

3. The Official-Capacity Defendants shall prepare all paperwork and forms required to allow Mr. Ramirez Perez to reenter the United States;

4. The Official-Capacity Defendants are enjoined from taking any action precluding Mr. Ramirez Perez's return to the United States from Guatemala;

5. The Official-Capacity Defendants are enjoined from re-detaining Mr. Ramirez Perez in the United States absent a change in circumstances as required by statute and regulation; and

6. The Official-Capacity Defendants shall, within 14 days of the date of this order, file a declaration addressing:

A. Mr. Ramirez Perez's physical location and custodial status;

B. The steps the Official-Capacity Defendants have taken to facilitate Mr. Ramirez Perez's immediate return to the United States; and, if necessary,

C. What additional steps Defendants will take, and when, to facilitate his return.

SO ORDERED.

______________________________
, U.S.D.J.