UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

PEDRO ROJAS, HEDIBERTO RAMIREZ PEREZ, MARIBEL LOPEZ MARTINEZ, and ARGENTINA JUAREZ-LOPEZ on behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

ANDREW McCOY, et al.

Defendants.

**NOTICE OF APPEARANCE**

Docket No. 26-cv-01716

PLEASE TAKE NOTICE that STEVEN C. STERN, a member of the firm of SOKOLOFF STERN LLP, attorneys for defendant BRIAN SCHENCK, hereby files this notice for purpose of receiving ECF alerts via email. This notice is not intended, and should not be construed, as a waiver of any jurisdictional defenses.

Dated: Carle Place, New York
September 25, 2026

SOKOLOFF STERN LLP
*Attorneys for Defendant*
*Brian Schenck*

By: STEVEN C. STERN
179 Westbury Avenue
Carle Place, New York 11514
(516) 334-4500
File No. 260232LI

To: All parties via ECF