AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

Rojas et al.
*Plaintiff*
v.
McCoy et al.
*Defendant*

Case No. 5:26-cv-01716-ECC-ML

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Pedro Rojas, Argentina Juarez-Lopez, Hediberto Ramirez Perez, Maribel Lopez Martinez .

Date: 09/30/2026

/s/ Alexis Gannaway
*Attorney's signature*

Alexis Gannaway, 5848676
*Printed name and bar number*

250 West 55th Street
New York, NY 10019-9710
*Address*

Alexis.Gannaway@arnoldporter.com
*E-mail address*

(212) 836-8000
*Telephone number*

(212) 836-8689
*FAX number*

Print Save As... Reset