**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**PEDRO ROJAS, HEDIBERTO RAMIREZ PEREZ, MARIBEL LOPEZ MARTINEZ,** and **ARGENTINA JUAREZ-LOPEZ,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**ANDREW McCOY**, Special Agent, Homeland Security Investigations, in his individual capacity; **LINDSEY VALENTINO**, Special Agent, Homeland Security Investigations, in her individual capacity; **MICHAEL DONNELL**, Deportation Officer, Immigration and Customs Enforcement, in his individual capacity**; JAKE MATTHEW BELL,** Agent, Homeland Security Investigations, in his individual capacity; **JASON BURRELL**, Agent, United States Border Patrol, in his individual capacity; **FOSTER RUBINSTEIN**, Agent, United States Border Patrol, in his individual capacity; **J. DI BELLA**, Agent, United States Border Patrol, in his individual capacity; **IAN BROCKWAY**, Agent, United States Border Patrol, in his individual capacity; **DENNIS LAST NAME UNKNOWN**, Agent, United States Border Patrol, in his individual capacity; **BRANDON GEER**, Deportation Officer, Immigration and Customs Enforcement, in his individual capacity; **DON HILTON**, Sheriff, Oswego County, in his individual capacity; **BRIAN SCHENCK**, Sheriff, Cayuga County, in his individual capacity; **EDGAR LORENZO**, Agent, United

**Case No. 5:26-CV-1716-ECC-ML**

States Border Patrol, in his individual capacity; **JAVIER LORENZO**, Agent, United States Border Patrol, in his individual capacity; **DANIEL HUTCHINGS**, Agent, United States Border Patrol, in his individual capacity; **CHARLIE RODRIGUEZ**, Agent, United States Border Patrol, in his individual capacity; **NICHOLAS MULZOFF**, Agent, United States Border Patrol, in his individual capacity; **REGAN D.,** Agent, Homeland Security Investigations, in her individual capacity; **AGENTS DOE 1-60,** Officers, United States Border Patrol, Homeland Security Investigations, Immigration and Customs Enforcement, Internal Revenue Service, Cayuga County Sheriff's Office, and Oswego County Sheriff's Office**;** **MARKWAYNE MULLIN**, Secretary of the Department of Homeland Security, in his official capacity; **DAVID VENTURELLA**, Acting Director of Immigration and Customs Enforcement, in his official capacity; **THOMAS BROPHY**, Director of Enforcement and Removal Operations for the Buffalo Field Office of Immigration and Customs Enforcement, in his official capacity; and **JAMES D'AMATO**, Chief Patrol Agent, United States Border Patrol, Buffalo Sector, in his official capacity;

Defendants.

# DECLARATION OF KRISTINE ROSE ITLIONG

Kristine Rose Itliong hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney at Arnold & Porter Kaye Scholer LLP. I am admitted to practice law in the State of New York and before this Court. I serve as counsel for Plaintiffs in the above-captioned matter. I am over 18 years of age. I have personal knowledge of the facts stated herein. I submit this declaration regarding proof of service on Defendants.

**Defendants Sued in Their Individual Capacities**

2. The Court issued summonses directed to Andrew McCoy, Lindsey Valentino, Jake Matthew Bell, and Regan D. (the "Individual HSI Defendants"). ECF No. 7. The Individual HSI Defendants were personally served copies of the Summons, Complaint, Civil Cover Sheet, and Civil Case Assignment & Filing Order (General Order #25) and attachments thereto (hereinafter, "ECF Nos. 1, 2, & 7") at their place of business at 152 Air Cargo Road, North Syracuse, New York 13212, pursuant to N.Y.C.P.L.R. § 308, on September 18, 2026. **Exhibit A** is a true and correct copy of the process server's affidavits of service on each Individual HSI Defendant on September 18, 2026. The Individual HSI Defendants were also personally served copies of Plaintiffs' motion for preliminary injunction, including the accompanying memorandum of law, declarations, and exhibits thereto, and the Court's September 18, 2026 Order (hereinafter "ECF Nos. 8 & 9") at their place of business at 100 Northern Concourse #2, Syracuse, New York 13212, pursuant to N.Y.C.P.L.R. § 308, on September 23, 2026. **Exhibit B** is a true and correct copy of the process server's affidavits of service on each Individual HSI Defendant on September 23, 2026.

3. The Court issued summonses directed to Michael Donnell and Brandon Geer (the "Individual ICE Defendants"). ECF No. 7. The Individual ICE Defendants were personally served ECF Nos. 1, 2, & 7 at their place of business at 100 Northern Concourse #2, Syracuse, New York 13212, pursuant to N.Y.C.P.L.R. § 308, on September 18, 2026. **Exhibit C** is a true and correct

copy of the process server's affidavits of service on each Individual ICE Defendant on September 18, 2026. The Individual ICE Defendants were also personally served copies of ECF Nos. 8 & 9 at the same address, pursuant to N.Y.C.P.L.R. § 308, on September 22, 2026. **Exhibit D** is a true and correct copy of the process server's affidavits of service on each Individual ICE Defendant on September 22, 2026.

4. The Court issued summonses directed to Jason Burrell, Foster Rubinstein, J. Di Bella, Ian Brockway, Dennis (last name unknown), Edgar Lorenzo, Javier Lorenzo, Daniel Hutchings, Charlie Rodriguez, and Nicholas Mulzoff (the "Individual CBP Defendants"). ECF No. 7. The Individual CBP Defendants were personally served ECF Nos. 1, 2, & 7 at their place of business at 19 East Schuyler Street, Oswego, New York 13126, pursuant to N.Y.C.P.L.R. § 308, on September 17, 2026. **Exhibit E** is a true and correct copy of the process server's affidavits of service on each Individual CBP Defendant on September 17, 2026. The Individual CBP Defendants were also personally served copies of ECF Nos. 8 & 9 at the same address, pursuant to N.Y.C.P.L.R. § 308, on September 21, 2026. **Exhibit F** is a true and correct copy of the process server's affidavits of service on each Individual CBP Defendant on September 21, 2026.

5. Pursuant to Federal Rule of Civil Procedure 4(i)(3), I caused the Individual HSI Defendants, the Individual ICE Defendants, and the Individual CBP Defendants to be served by service on the United States. *See* ¶¶ 8-12, *infra*.

6. The Court issued summons to Don Hilton. ECF No. 7. Sheriff Hilton was personally served ECF Nos. 1, 2, & 7 at his place of business at 39 Churchill Road, Oswego, New York 13126, pursuant to N.Y.C.P.L.R. § 308, on September 17, 2026. **Exhibit G** is a true and correct copy of the process server's affidavit of service on September 17, 2026. Sheriff Hilton was also personally served copies of ECF Nos. 8 & 9 at the same address, pursuant to N.Y.C.P.L.R.

§ 308, on September 21, 2026. **Exhibit H** is a true and correct copy of the process server's affidavit of service on September 21, 2026.

7. The Court issued summons to Brian Schenck. ECF No. 7. Sheriff Schenck was personally served ECF Nos. 1, 2, & 7 at his place of business at 7445 County House Road, Auburn, New York 13021, pursuant to N.Y.C.P.L.R. § 308, on September 17, 2026. **Exhibit I** is a true and correct copy of the process server's affidavit of service on September 17, 2026. Sheriff Schenck was also personally served copies of ECF Nos. 8 & 9 at the same address, pursuant to N.Y.C.P.L.R. § 308, on September 22, 2026. **Exhibit J** is a true and correct copy of the process server's affidavit of service on September 22, 2026.

**Defendants Sued in Their Official Capacities**

8. The Court issued summonses directed to Markwayne Mullin, Secretary of the Department of Homeland Security; David Venturella, Acting Director of Immigration and Customs Enforcement; Thomas Brophy, Director of Enforcement and Removal Operations for the Buffalo Field Office of Immigration and Customs Enforcement; and James D'Amato, Chief Patrol Agent, United States Border Patrol, Buffalo Sector (the "Official Capacity Defendants"). ECF No. 7. The Court also issued summonses directed to the United States Attorney's Office and the United States Attorney General. ECF Nos. 7-1 & 7-2. On September 15, 2026, I caused copies of the foregoing summonses (ECF Nos. 7, 7-1, & 7-2), Complaint, Civil Cover Sheet, and Civil Case Assignment & Filing Order (General Order #25) and attachments thereto (ECF Nos. 1 & 2), as well as Plaintiffs' motion for preliminary injunction, including the accompanying memorandum of law, declarations, and exhibits thereto (ECF No. 8) to be sent via United States Postal Service Certified Mail/Return Receipt Requested to the Official Capacity Defendants, the United States Attorney's Office, and the United States Attorney General, pursuant to Federal Rule of Civil Procedure 4(i). **Exhibit K** is a true and correct copy of the U.S.P.S. Certified Mail Receipts and

corresponding tracking information for the foregoing documents. **Exhibit L** is a true and correct copy of the return receipts from the United States Attorney's Office, the United States Attorney General, Acting Director Venturella, and Director Brophy for the foregoing documents.

9. On September 18, 2026, I further caused copies of the Court's September 18, 2026 Order (ECF No. 9) to be sent via United States Postal Service Certified Mail/Return Receipt Requested to the Official Capacity Defendants, the United States Attorney's Office, and the United States Attorney General, pursuant to Federal Rule of Civil Procedure 4(i). **Exhibit M** is a true and correct copy of the U.S.P.S. Certified Mail Receipts and corresponding tracking information for the Order.

10. According to the U.S.P.S. Tracking feature, the foregoing papers were delivered to the following addresses on the dates set forth below, unless otherwise indicated:

| **Name and Address** | **Date of Delivery (ECF Nos. 1, 2, 7–8)** | **Date of Delivery (ECF No. 9)** |
|---|---|---|
| Markwayne Mullin, Secretary<br>U.S. Department of Homeland Security<br>Office of the General Counsel<br><br>245 Murray Lane, SW<br>Mail Stop 0485<br>Washington, DC 20528-0485 | September 16, 2026 | September 28, 2026 |
| David Venturella<br>Acting Director of Immigration and Customs Enforcement<br>U.S. Immigration and Customs Enforcement/Homeland Security Investigations<br>Office of the Principal Legal Advisor (OPLA)<br>500 12th St. SW, Mail Stop 5900<br>Washington, DC 20536-5900 | September 16, 2026 | September 29, 2026 |

| Name and Address | Date of Delivery (ECF Nos. 1, 2, 7–8) | Date of Delivery (ECF No. 9) |
|---|---|---|
| Thomas Brophy<br>Director of Enforcement and Removal Operations for the Buffalo Field Office of Immigration and Customs Enforcement<br>U.S. Immigration and Customs Enforcement/Homeland Security Investigations<br>Office of the Principal Legal Advisor (OPLA)<br>500 12th St. SW, Mail Stop 5900<br>Washington, DC 20536-5900 | September 16, 2026 | *Delivery is pending.* |
| James D'Amato<br>Chief Patrol Agent, U.S. Border Patrol, Buffalo Sector<br>U.S. Customs and Border Protection<br>Office of Chief Counsel<br>U.S. Customs and Border Protection<br>1300 Pennsylvania Avenue, Suite 4.4-B<br>Washington, DC 20229 | September 16, 2026 | September 28, 2026 |
| United States Attorney's Office<br>Attention: Civil Process Clerk<br>100 South Clinton Street<br>P.O. Box 7198<br>Syracuse, New York 13261-7198 | September 16, 2026 | September 24, 2026 |
| United States Attorney General<br>Office of the Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530 | September 16, 2026 | September 29, 2026 |

11. On September 24, 2026, co-counsel in this matter e-mailed courtesy copies of ECF Nos. 1, 2, 7, 8, and 9 to attorneys for Sheriff Hilton and Sheriff Schenck and attorneys from the Office of the General Counsel for the Department of Homeland Security, Service of Process Intake for U.S. Customs and Border Protection, the Office of the Principal Legal Advisor for U.S. Immigration and Customs Enforcement's Buffalo Office, and the United States Attorney's Office for the Northern District of New York.

12. On September 30, 2026, having received only three return receipts at that point, I caused additional copies of the summonses (ECF Nos. 7, 7-1, & 7-2), Complaint, Civil Cover Sheet, and Civil Case Assignment & Filing Order (General Order #25) and attachments thereto (ECF Nos. 1 & 2), Plaintiffs' motion for preliminary injunction, including the accompanying memorandum of law, declarations, and exhibits thereto (ECF No. 8), and the Court's September 18, 2026 Order (ECF No. 9) to be sent via United States Postal Service Priority Certified Mail/Electronic Return Receipt Requested to the Official Capacity Defendants, the United States Attorney's Office, and the United States Attorney General at the same addresses set forth above. The papers directed to Secretary Mullin were sent to the Office of the General Counsel for the U.S. Department of Homeland Security at 2707 Martin Luther King Jr. Ave SE, Washington, D.C. 20528-0485. **Exhibit N** is a true and correct copy of the U.S.P.S. Certified Mail Receipts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 1, 2026
New York, New York

*/s/ Kristine Rose Itliong*
Kristine Rose Itliong