# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**PEDRO ROJAS, et al.**

CIVIL ACTION NO.: 5:26-CV-1716 (ECC/ML)

***Plaintiff***

**vs**

**ANDREW McCOY, et al.**

***Defendant***

# AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in the state of New York ,

That on **09/22/2026** at **12:59 PM** at **100 Northern Concourse #2, Syracuse, NY 13212**

undersigned served a(n) **Text Order, Notice of Motion for Preliminary Injunction, Plaintiff Hediberto Ramirez Perez's Memorandum of Law In Support of Motion for a Preliminary Injunction, Declaration of Perry M. Grossman in Support of Plaintiff's Motion for a Preliminary Injunction, [Proposed] Order for Entering a Preliminary Injunction, , Exhibits 1-8**

on **Michael Donnell, ICE Enforcement and Removal Operations Deportation Officer**,

by delivering thereat a true copy of each to **Jake Matthew Bell (Co-Worker) (authorized to accept service}**, a person of suitable age and discretion. Said premises is defendant's actual place of business within the state.

Description of Person Served Based on Undersigned's Perception:
Gender: Male
Race: White
Hair: Black
Age: 36 - 50 Yrs.
Height: Over 6'
Weight:Over 200 Lbs.
Other:

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

I affirm on 09/24/2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

Troy Prater

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**PEDRO ROJAS, et al.**

CIVIL ACTION NO.: 5:26-CV-1716 (ECC/ML)

**vs** ***Plaintiff***

**ANDREW McCOY, et al.**

***Defendant***

## AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in state of New York,

That on **9/22/2026** at **12:59 PM** at **100 Northern Concourse #2, Syracuse, NY 13212**

undersigned served a(n) **Text Order, Notice of Motion for Preliminary Injunction, Plaintiff Hediberto Ramirez Perez's Memorandum of Law In Support of Motion for a Preliminary Injunction, Declaration of Perry M. Grossman in Support of Plaintiff's Motion for a Preliminary Injunction, [Proposed] Order for Entering a Preliminary Injunction, , Exhibits 1-8**

on **Brandon Greer, ICE Enforcement and Removal Operations Deportation Officer**,

by delivering thereat a true copy of each to **Jake Matthew Bell (Co-Worker) (authorized to accept service)**, a person of suitable age and discretion. Said premises is defendant's actual place of business within the state.

<u>Description of Person Served Based on Undersigned's Perception:</u>
Gender: Male
Race: White
Hair: Black
Age: 45 - 55 Yrs.
Height: Over 6'
Weight:Over 200 Lbs.
Other:

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

I affirm on 9/24/2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

---------------------------------------------------
Troy Prater