# EXHIBIT G

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**PEDRO ROJAS, et al.**

CIVIL ACTION NO.: 5:26-CV-1716 (ECC/ML)

***Plaintiff***

**vs**

**ANDREW McCOY, et al.**

***Defendant***

# AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in State of New York,

That on **09/17/2026** at **11:46 AM** at **39 Churchill Rd, Oswego, NY 13126**

undersigned served a(n) **Summons in a Civil Action and Class Action Complaint, Civil Cover Sheet, Civil Case Assignment & Filing Order**

on **Don Hilton, Sheriff, Oswego County**

by delivering thereat a true copy of each to **Denise Wilson (Co-Worker)(Account Clerk) [authorized to accept service]**, a person of suitable age and discretion. Said premises is defendant's actual place of business within the state.

Within 20 days of such delivery, undersigned mailed a copy of same in a postpaid envelope properly addressed to defendant at defendant's actual place of business at **39 Churchill Rd, Oswego, NY 13126**. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Mailed Copy on **9/18/2026**

<u>Description of Person Served Based on Undersigned's Perception:</u>
Gender: Female
Race: White
Hair: Brown
Age: 51 - 65 Yrs.
Height: 5' 0" - 5' 3"
Weight:161-200 Lbs.
Other:

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

I affirm on 09/21/2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

---------------------------------------------------
Brian Barretta

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160