# EXHIBIT I

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**PEDRO ROJAS, et al.**

CIVIL ACTION NO.: 5:26-CV-1716 (ECC/ML)

***Plaintiff***

**vs**

**ANDREW McCOY, et al.**

***Defendant***

# AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in State of New York,

That on **09/17/2026** at **2:33 PM** at **7445 County House Road, Auburn, NY 13021**

undersigned served a(n) **Summons in a Civil Action and Class Action Complaint, Civil Cover Sheet, Civil Case Assignment & Filing Order**

on **Brian Schenck, Sheriff, Cayuga County**

by delivering a true copy of each to said defendant personally;

undersigned knew the person so served to be the person described as said defendant therein.

Description of Person Served Based on Undersigned's Perception:
Gender: Male
Race: White
Hair: Gray
Age: 51 - 65 Yrs.
Height: 5' 9" - 6' 0"
Weight:Over 200 Lbs.
Other:

MILITARY SERVICE: At the time of service defendant was asked whether he/she was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

I affirm on 09/21/2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

[signature]

Brian Barretta