# EXHIBIT K

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

Biswas

7020 3160 0000 4060 5338

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (*check box, add fee as appropriate*)
☑ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Postmark Here

DOROTHY HEIGHT POST OFFICE SEP 15 2026 WDC 20002

Thomas Brophy
Director of Enforcement and Removal Operations for the Buffalo Field Office of Immigration and Customs Enforcement
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT/HOMELAND SECURITY INVESTIGATIONS
Office of the Principal Legal Advisor (OPLA)
500 12th St. SW, Mail Stop 5900
Washington, DC 20536-5900

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

Biswas

7020 3160 0000 4060 5345

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (*check box, add fee as appropriate*)
☑ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Postmark Here

DOROTHY HEIGHT POST OFFICE SEP 15 2026 WDC 20002

Sent To / Street / City,

David Venturella
Acting Director of Immigration and Customs Enforcement
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT/HOMELAND SECURITY INVESTIGATIONS
Office of the Principal Legal Advisor (OPLA)
500 12th St. SW, Mail Stop 5900
Washington, DC 20536-5900

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

Biswas

7020 3160 0000 4060 5314

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (*check box, add fee as appropriate*)
☑ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Postmark Here

DOROTHY HEIGHT POST OFFICE SEP 15 2026 WDC 20002

Sent To
Street and Apt. No
City, State, ZIP+4

United States Attorney General
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

Biswas

7020 3160 0000 4060 5321

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (*check box, add fee as appropriate*)
☑ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Postmark Here

DOROTHY HEIGHT POST OFFICE SEP 15 2026 WDC 20002

Sent To
Street and Apt.
City, State, ZIP

James D'Amato
Chief Patrol Officers, US Border Patrol, Buffalo Sector
US CUSTOMS AND BORDER PROTECTION
Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, Suite 4.4-B
Washington, D.C. 20229

PS Form 3800 … See Reverse for Instructions

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

M. Biswas

7020 3160 0000 4060 5307

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (*check box, add fee as appropriate*)
☑ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Postmark Here

DOROTHY HEIGHT POST OFFICE SEP 15 2026 WDC 20002

Sent To
Street a
City, Sta

United States Attorney's Office
ATTENTION: CIVIL PROCESS CLERK
100 South Clinton Street
P.O. Box 7198
Syracuse, New York 12361-7198

PS For… See Reverse for Instructions

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

Biswas

7020 3160 0000 4060 5352

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (*check box, add fee as appropriate*)
☑ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Postmark Here

DOROTHY HEIGHT POST OFFICE SEP 15 2026 WDC 20002

Sent To
Street ar
City, Sta

Markwayne Mullin
Secretary, Department of Homeland Security
U.S. Department of Homeland Security
Office of the General Counsel
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

PS For… See Reverse for Instructions

ALERT: IMPACTS FROM FLOODING IN THE SOUTHWEST AND OHIO VALLEY REGIONS OF THE...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70203160000040605352

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 11:23 am on September 16, 2026 in WASHINGTON, DC 20528.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20528
September 16, 2026 11:23 AM

**Arrived at Post Office**

WASHINGTON, DC 20018
September 16, 2026 8:19 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 16, 2026 8:04 AM

**Arrived at USPS Facility**

LINTHICUM HEIGHTS MD DISTRIBUTION CENTER
September 16, 2026 7:56 AM

**Departed USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER

September 16, 2026 7:56 AM

**Departed USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 16, 2026 6:54 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 15, 2026 10:25 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

**Remove**

**Tracking Number:**

## 70203160000040605345

**Copy** **Add to Informed Delivery**

## Latest Update

Your item was delivered to an individual at the address at 11:22 am on September 16, 2026 in WASHINGTON, DC 20536.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20536
September 16, 2026 11:22 AM

**Arrived at Post Office**

WASHINGTON, DC 20018
September 16, 2026 8:16 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 16, 2026 8:04 AM

**Arrived at USPS Facility**

LINTHICUM HEIGHTS MD DISTRIBUTION CENTER
September 16, 2026 7:56 AM

**Departed USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 16, 2026 7:56 AM

**Departed USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 16, 2026 6:54 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 15, 2026 10:25 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Tracking Number:

**70203160000040605338**

Remove ✕

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 11:22 am on September 16, 2026 in WASHINGTON, DC 20536.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20536
September 16, 2026 11:22 AM

**Arrived at Post Office**

WASHINGTON, DC 20018
September 16, 2026 8:16 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 16, 2026 8:04 AM

**Arrived at USPS Facility**

LINTHICUM HEIGHTS MD DISTRIBUTION CENTER
September 16, 2026 7:56 AM

**Departed USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 16, 2026 7:56 AM

**Departed USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 16, 2026 6:54 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 15, 2026 10:25 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

**Remove**

**Tracking Number:**

# 70203160000040605321

**Copy** **Add to Informed Delivery**

## Latest Update

Your item was delivered to an individual at the address at 11:25 am on September 16, 2026 in WASHINGTON, DC 20229.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20229
September 16, 2026 11:25 AM

**Arrived at Post Office**

WASHINGTON, DC 20018
September 16, 2026 8:15 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 16, 2026 8:04 AM

**Arrived at USPS Facility**

LINTHICUM HEIGHTS MD DISTRIBUTION CENTER
September 16, 2026 7:56 AM

**Departed USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 16, 2026 7:56 AM

**Departed USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 16, 2026 6:54 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 15, 2026 10:25 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

**Tracking Number:**

**Remove**

## 70203160000040605307

**Copy** **Add to Informed Delivery**

## Latest Update

Your item was picked up at a postal facility at 10:46 am on September 17, 2026 in SYRACUSE, NY 13261.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

SYRACUSE, NY 13261
September 17, 2026 10:46 AM

**Arrived at Post Office**

SYRACUSE, NY 13261
September 17, 2026 10:30 AM

**Arrived at USPS Facility**

SYRACUSE NY DISTRIBUTION CENTER
September 16, 2026 2:51 PM

**In Transit to Next Facility**

September 16, 2026 12:13 PM

**In Transit to Next Facility**

September 16, 2026 9:01 AM

**Departed USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 16, 2026 6:06 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 16, 2026 1:48 AM

**Departed USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 16, 2026 1:07 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER

September 15, 2026 10:25 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

**Remove**

**Tracking Number:**

# 70203160000040605314

**Copy** **Add to Informed Delivery**

## Latest Update

Your item was picked up at the post office at 4:31 am on September 17, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
September 17, 2026 4:31 AM

**Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20530
September 16, 2026 11:01 AM

**Arrived at Post Office**

WASHINGTON, DC 20018

September 16, 2026 10:19 AM

**Departed USPS Facility**

LINTHICUM HEIGHTS MD DISTRIBUTION CENTER
September 16, 2026 9:42 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 16, 2026 8:04 AM

**Arrived at USPS Facility**

LINTHICUM HEIGHTS MD DISTRIBUTION CENTER
September 16, 2026 7:56 AM

**Departed USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 16, 2026 7:56 AM

**Departed USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 16, 2026 6:54 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 15, 2026 10:25 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs