# EXHIBIT L

USPS TRACKING #

9590 9402 8704 3310 6952 28

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Monica L. Biswas
Arnold & Porter
601 Massachusetts Ave., NW
Washington, DC 20001-3743

APDC442555

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Attorney General
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

9590 9402 8704 3310 6952 28

2. Article Number *(Transfer from service label)*

7020 3160 0000 4060 5314

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature Evie Sassok
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)* SEP 17 2026

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

INSPECTED 25

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Attorney's Office
ATTENTION: CIVIL PROCESS CLERK
100 South Clinton Street
P.O. Box 7198
Syracuse, New York 12361-7198

9590 9402 8704 3310 6952 97

2. Article Number *(Transfer from service label)*

7020 3160 0000 4060 5307

PS Form 3811, July 2020 PSN 7530-02-000-9053

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X Bradley J Hanna ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* Bradley Hanna

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FEDERAL FINANCE OFFICE SEP 2026 SYRACUSE NY 13261

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

APDC442368

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Monica L. Biswas
Arnold & Porter
601 Massachusetts Ave., NW
Washington, DC 20001-3743

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Monica L. Biswas
Arnold & Porter
601 Massachusetts Ave., NW
Washington, DC 20001-3743

APDC442562

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David Venturella
Acting Director of Immigration and Customs Enforcement
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT/HOMELAND SECURITY INVESTIGATIONS
Office of the Principal Legal Advisor (OPLA)
500 12th St. SW, Mail Stop 5900
Washington, DC 20536-5900

9590 9402 8704 3310 6952 04

2. Article Number *(Transfer from service label)*

7020 3160 0000 4060 5345

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X SEP 18 REC'D
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

USPS TRACKING #

9590 9402 8704 3310 6951 98

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Monica L. Biswas 8cw
Arnold & Porter
601 Massachusetts Ave., NW
Washington, DC 20001-3743

APDC442526

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas Brophy
Director of Enforcement and Removal Operations for the Buffalo Field Office of Immigration and Customs Enforcement
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT/HOMELAND SECURITY INVESTIGATIONS
Office of the Principal Legal Advisor (OPLA)
500 12th St. SW, Mail Stop 5900
Washington, DC 20536-5900

9590 9402 8704 3310 6951 98

2. Article Number *(Transfer from service label)*

7020 3160 0000 4060 5338

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature SEP 18 REC'D

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ [Insure]d Mail Restricted Delivery [(over $]500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt