# EXHIBIT M

9589 0710 5270 4076 7532 87

**U.S. Postal Service™**
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

K. Itliong

For delivery information, visit our website at *www.usps.com®*.

Syracuse, NY 13261

OFFICIAL USE

Certified Mail Fee $5.55
$ $4.65
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage $1.69
$
Total Postage and Fees $11.89

0028
43
Postmark Here
JAMES A FARLEY STATION NEW YORK, NY 10001-9998 SEP 18 2026
09/18/2026

Sent To / Street and Apt. No., or PO Box No. / City, State, ZIP+4®

United States Attorney's Office
ATTENTION: CIVIL PROCESS CLERK
100 South Clinton Street
P.O. Box 7198
Syracuse, New York ~~12364~~-7198
13261

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 4076 7533 00

**U.S. Postal Service™**
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

K. Itliong

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20229

OFFICIAL USE

Certified Mail Fee $5.55
$ $4.65
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage $1.69
$
Total Postage and Fees $11.89

0028
43
Postmark Here
JAMES A FARLEY STA SEP 18 2026
09/18/2026

Sent To / Street and Apt. No., or PO Box No. / City, State, ZIP+4®

James D'Amato
Chief Patrol Officers, US Border Patrol,
Buffalo Sector
US CUSTOMS AND BORDER PROTECTION
Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, Suite 4.4-B
Washington, D.C. 20229

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 4076 7532 94

**U.S. Postal Service™**
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

K. Itliong

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

OFFICIAL USE

Certified Mail Fee $5.55
$ $4.65
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage $1.69
$
Total Postage and Fees $11.89

0028
43
Postmark Here
JAMES A FARLEY STATION NEW YORK NY 10001-9998 SEP 18 2026
09/18/2026

Sent To / Street and Apt. No., or PO Box No. / City, State, ZIP+4®

United States Attorney General
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 4076 7533 17

**U.S. Postal Service™**
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

K. Itliong

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20536

OFFICIAL USE

Certified Mail Fee $5.55
$ $4.65
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage $1.69
$
Total Postage and Fees $11.89

0028
43
Postmark Here
JAMES A FARLEY STA SEP 18 2026
09/18/2026

Sent To / Street and Apt. No., or PO Box No. / City, State, ZIP+4®

Thomas Brophy
Director of Enforcement and Removal
Operations for the Buffalo Field Office of
Immigration and
Customs Enforcement
U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT/HOMELAND SECURITY
INVESTIGATIONS

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 4076 7533 31

**U.S. Postal Service™**
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

K. Itliong

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20528

OFFICIAL USE

Certified Mail Fee $5.55
$ $4.65
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage $1.69
$ $11.89
Total Postage and Fees
$

0028
43
Postmark Here
JAMES A FARLEY STATION SEP 18 2026
09/18/2026

Sent To / Street and Apt. No., or PO Box No. / City, State, ZIP+4®

Markwayne Mullin
Secretary, Department of Homeland Security
U.S. Department of Homeland Security
Office of the General Counsel
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 4076 7533 24

**U.S. Postal Service™**
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

K. Itliong

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20536

OFFICIAL USE

Certified Mail Fee $5.55
$ $4.65
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage $1.98
$
Total Postage and Fees $12.18

0028
43
Postmark Here
JAMES A FARLEY STA 2026
09/18/2026

Sent To / Street and Apt. No., or PO Box No. / City, State, ZIP+4®

David Venturella
Acting Director of Immigration and
Customs Enforcement
U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT/HOMELAND SECURITY
INVESTIGATIONS
Office of the Principal Legal Advisor (OPLA)
500 12th St. SW. Mail Stop 5900

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

ALERT: IMPACTS FROM HURRICANE POLO IN THE SOUTHWEST REGION OF THE U.S. MAY D...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052704076753331

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 12:01 pm on September 28, 2026 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20528
September 28, 2026 12:01 PM

**Arrived at Post Office**

WASHINGTON, DC 20018
September 28, 2026 9:09 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 24, 2026 12:27 PM

**Departed Post Office**

NEW YORK, NY 10001
September 19, 2026 5:29 PM

**USPS in possession of item**

NEW YORK, NY 10001

September 18, 2026 8:20 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

**Remove ✕**

**Tracking Number:**

# 9589071052704076753324

**Copy** **Add to Informed Delivery**

## Latest Update

Your item was delivered to an individual at the address at 9:33 am on September 29, 2026 in WASHINGTON, DC 20536.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20536
September 29, 2026 9:33 AM

**Arrived at Post Office**

WASHINGTON, DC 20018
September 29, 2026 6:16 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER

September 24, 2026 12:27 PM

**Departed Post Office**

NEW YORK, NY 10001
September 19, 2026 5:29 PM

**USPS in possession of item**

NEW YORK, NY 10001
September 18, 2026 8:24 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

**Remove ✕**

**Tracking Number:**

# 9589071052704076753317

**Copy** **Add to Informed Delivery**

## Latest Update

Your item arrived at our NEW YORK NY DISTRIBUTION CENTER origin facility on September 28, 2026 at 1:03 pm. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## On the Way

**Arrived at USPS Facility**

NEW YORK NY DISTRIBUTION CENTER
September 28, 2026 1:03 PM

**Arrived at USPS Facility**

GAITHERSBURG MD DISTRIBUTION CENTER
September 26, 2026 9:43 PM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 24, 2026 12:27 PM

**Departed Post Office**

NEW YORK, NY 10001
September 19, 2026 5:29 PM

**USPS in possession of item**

NEW YORK, NY 10001
September 18, 2026 8:22 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

**Tracking Number:**

Remove ✕

# 9589071052704076753300

**Copy** **Add to Informed Delivery**

## Latest Update

Your item was delivered to an individual at the address at 11:59 am on September 28, 2026 in WASHINGTON, DC 20229.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20229
September 28, 2026 11:59 AM

**Arrived at Post Office**

WASHINGTON, DC 20018
September 28, 2026 9:05 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 24, 2026 12:27 PM

**Departed Post Office**

NEW YORK, NY 10001
September 19, 2026 5:29 PM

**USPS in possession of item**

NEW YORK, NY 10001
September 18, 2026 8:26 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Remove ✕

**Tracking Number:**

# 9589071052704076753294

**Copy** **Add to Informed Delivery**

## Latest Update

Your item was picked up at the post office at 4:59 am on September 29, 2026 in WASHINGTON, DC 20530.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
September 29, 2026 4:59 AM

**Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20530
September 28, 2026 12:51 PM

**Arrived at Post Office**

WASHINGTON, DC 20018
September 28, 2026 12:19 PM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 24, 2026 12:27 PM

**Departed Post Office**

NEW YORK, NY 10001
September 19, 2026 5:29 PM

**USPS in possession of item**

NEW YORK, NY 10001
September 18, 2026 8:28 PM

Hide Tracking History

What Do USPS Tracking Statuses Mean?

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less

Tracking Number:

Remove

**9589071052704076753287**

Copy Add to Informed Delivery

## Latest Update

Your item was picked up at a postal facility at 10:27 am on September 24, 2026 in SYRACUSE, NY 13261.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

SYRACUSE, NY 13261
September 24, 2026 10:27 AM

**Arrived at Post Office**

SYRACUSE, NY 13261
September 24, 2026 10:25 AM

**Arrived at USPS Facility**

SYRACUSE NY DISTRIBUTION CENTER
September 23, 2026 5:22 PM

**Departed Post Office**

NEW YORK, NY 10001
September 19, 2026 5:29 PM

**USPS in possession of item**

NEW YORK, NY 10001
September 18, 2026 8:31 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**