# EXHIBIT N

7020 3160 0000 4060 5406

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Washington, DC 20229

OFFICIAL USE

Certified Mail Fee $5.55
$ $0.00

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $2.91
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $12.45
$

Total Postage and Fees $20.91
$

0113
14

Postmark Here

DOROTHY HEIGHT POST OFFICE SEP 30 2026 WDC 20002

09/30/2026

Sent To
James D'Amato
Chief Patrol Officers, US Border Patrol,
Buffalo Sector
US CUSTOMS AND BORDER PROTECTION
Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, Suite 4.4-B
Washington, D.C. 20229

Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800 ... See Reverse for Instructions

---

7020 3160 0000 4060 5383

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Washington, DC 20528

OFFICIAL USE

Certified Mail Fee $5.55
$ $0.00

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $2.91
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $12.45
$

Total Postage and Fees $20.91
$

0113
14

Postmark Here

DOROTHY HEIGHT POST OFFICE SEP 30 2026 WDC 20002

09/30/2026

Sent To
Markwayne Mullin
Secretary, Department of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave SE
Washington, DC 20528-0485

Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 ... See Reverse for Instructions

---

7020 3160 0000 4060 5376

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Washington, DC 20536

OFFICIAL USE

Certified Mail Fee $5.55
$ $0.00

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $2.91
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $12.45
$

Total Postage and Fees $20.91
$

0113
14

Postmark Here

DOROTHY HEIGHT POST OFFICE SEP 30 2026 WDC 20002

09/30/2026

Sent To
Thomas Brophy
Director of Enforcement and Removal Operations
for the Buffalo Field Office of Immigration and
Customs Enforcement
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT/HOMELAND
SECURITY INVESTIGATIONS
Office of the Principal Legal Advisor (OPLA)
500 12th St. SW, Mail Stop 5900
Washington, DC 20536-5900

Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800 ... See Reverse for Instructions

---

7020 3160 0000 4060 5390

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Washington, DC 20536

OFFICIAL USE

Certified Mail Fee $5.55
$ $0.00

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $2.91
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $12.45
$

Total Postage and Fees $20.91
$

0113
14

Postmark Here

DOROTHY HEIGHT POST OFFICE SEP 30 2026 WDC 20002

09/30/2026

Sent To
David Venturella
Acting Director of Immigration and
Customs Enforcement
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT/HOMELAND
SECURITY INVESTIGATIONS
Office of the Principal Legal Advisor (OPLA)
500 12th St. SW, Mail Stop 5900
Washington, DC 20536-5900

Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800 ... See Reverse for Instructions