**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **PEDRO ROJAS, HEDIBERTO RAMIREZ PEREZ, MARIBEL LOPES MARTINEZ,** and **ARGENTINA JUAREZ-LOPEZ,** on behalf of themselves and all others similarly situated**,**<br><br>**Plaintiff(s),**<br><br>**vs.**<br><br>**ANDREW McCOY,** Special Agent, Homeland Security Investigations, in his individual capacity; **LINDSEY VALENTINO,** Special Agent, Homeland Security Investigations in her individual capacity; **MICHAEL DONNELL,** Decoration Officer, Immigration Custos Enforcement, in his individual capacity; **JAKE MATTHEW BELL,** Agent, Homeland Security Investigations, in his individual capacity; **JASON BURRELL,** Agent, Unites States Border Patrol, in his individual capacity; **FOSTER RUBINSTEIN,** Agent, United States Border Patrol, in his individual capacity; **IAN BROCKWAY,** Agent, United States Border Patrol, in his individual capacity; **DENNIS LAST NAME UNKNOWN,** Agent, United States Border Patrol, in his individual capacity; **BRANDON GEER**, Deportation Officer, Immigration and Customs Enforcement, in his individual capacity; **DON HILTON,** Sheriff, Oswego County, in his individual capacity; et al.,<br><br>**Defendant(s).** | Civil Action 5:26-cv-1716<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that THOMAS E. EMALA, a member of the firm of McGIVNEY, KLUGER, CLARK & INTOCCIA, P.C., attorneys for defendant, DON HILTON, Sheriff, Oswego County, in his individual capacity, hereby files this notice for the purpose of receiving ECF alerts via email. This notice is not intended, and should not be construed, as a waiver of any jurisdictional defenses.

Dated: New York, New York
October 2, 2026

McGIVNEY, KLUGER, CLARK & INTOCCIA, P.C.
Attorneys for Defendant, Don Hilton

/s/ Thomas E. Emala
THOMAS E. EMALA, ESQ.
33 Whitehall Street, 16th Floor
New York, NY 10004
(212) 509-3456

To: All parties via ECF