UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF NEW YORK

# NOTICE OF RELATED CASES

**Related cases defined** - A civil case is "related" to another civil case for purposes of this guideline when, because of the similarity of facts and legal issues or because the cases arise from the same transactions or events, a substantial saving of judicial resources is likely to result from assigning the cases to the same judge and magistrate judge.

Application is made to the District Court requesting that the case of :

Rojas v. McCoy, 5:26-CV-1716

which was randomly assigned to the Honorable Elizabeth C. Coombe, be reassigned

to the Honorable Brenda K. Sannes based on the following reasons. Please

note that General Order 12, Section G(5) discusses related cases and should be referenced prior

to filing this notice.

General Order 12(G) does not address whether a criminal and civil case can be "related." Some districts in this Circuit expressly permit such relation (e.g., WDNY) while others prohibit it (e.g., SDNY). Given the ambiguity in the rule, the clerk's office suggested Plaintiffs file this notice to permit the presiding Judge to consider the issue. This civil action (Rojas v. McCoy, 5:26-CV-1716) involves law enforcement operations at the Nutrition Bar Confectioners ("NBC") plant on September 4, 2025. It will consider Defendants' conduct obtaining and executing two warrants at NBC, and the events that followed. The related criminal action (U.S. v. Juarez-Lopez, 5:25-CR-424) involved an indictment charging Ms. Juarez-Lopez (a plaintiff and putative class representative in the civil action) with illegal re-entry into the U.S. after she was arrested at the NBC plant on September 4, 2025. Ms. Juarez-Lopez challenged the circumstances leading to her arrest and moved to suppress evidence obtained in violation of her rights. The motion to suppress involved legal and factual issues identical to issues in the civil action: whether and when Ms. Juarez-Lopez and her coworkers were seized; whether they were subject to non-consensual questioning; and the lawfulness of their subsequent arrests. In the criminal case, the Court analyzed evidence at issue in the civil action including body camera footage, affidavits, warrant documents, and official records related to Ms. Juarez-Lopez's arrest and prosecution. Further, several agents who provided declarations in the criminal action are defendants and/or witnesses here, including Mr. McCoy, Mr. Mulzoff, Mr. Burrell, and Mr. Rosas. Given the "similarity of facts and legal issues" and "because the cases arise from the same transaction or events," designating the civil action as related to the criminal action will result in "a substantial saving of judicial resources" and serve the purpose of G.O. 12(G)(2).

Pursuant to Section G(5) of General Order 12, I have conferred in good faith with all other parties in an effort to reach an agreement on whether or not the case is related.

☐ All parties are in agreement

☑ Parties do not agree and opposition will be filed. After such application is made, any other party may serve and file within seven (7) calendar days a letter of no more than two pages supporting or opposing the application.

Submitted by: Perry Grossman

Attorney for: Plaintiffs Pedro Rojas et. al. Date: 10/7/2026