**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

PEDRO ROJAS, HEDIBERTO RAMIREZ PEREZ, MARIBEL LOPEZ MARTINEZ, and ARGENTINA JUAREZ-LOPEZ on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

ANDREW McCOY, Special Agent, Homeland Security Investigations, in his individual capacity; LINDSAY VALENTINO, Special Agent, Homeland Security Investigations, in her individual capacity; MICHAEL DONNELL, Deportation Officer, Immigration and Customs Enforcement, in his individual capacity; JAKE MATTHEW BELL, Agent Homeland Security Investigations, in his individual capacity; JASON BURRELL, Agent, United States Border Patrol, in his individual capacity; FOSTER RUBINSTEIN, Agent, United States Border Patrol, in his individual capacity; J. DI BELLA, Agent, United States Border Patrol, in his individual capacity; IAN BROCKWAY, Agent, United States Border Patrol, in his individual capacity; DENNIS LAST NAME UNKNOWN, Agent, United States Border Patrol, in his individual capacity; BRANDON GEER, Deportation Officer, Immigration and Customs Enforcement, in his individual capacity; DON HILTON, Sheriff, Oswego County, in his individual capacity; BRIAN SCHENCK, Sheriff, Cayuga County, in his individual capacity; EDGAR LORENZO, Agent, United States Border Patrol, in his individual capacity; JAVIER LORENZO, Agent, United States Border Patrol, in his individual capacity; DANIEL HUTCHINGS, Agent, United States Border Patrol, in his individual capacity; CHARLIE RODRIGUEZ, Agent, United States Border Patrol, in his individual capacity; NICHOLAS MULZOFF, Agent, United States Border Patrol, in his individual capacity; REGAN D., Agent, Homeland Security Investigations, in her individual capacity; AGENTS DOE 1-60, Officers, United States Border Patrol, Homeland Security Investigations, Immigration and Customs Enforcement, Internal Revenue Service,

Civil Action No.
5:26-cv-01716 (ECC/ML)

Cayuga County Sheriff's Office, and Oswego County Sheriff's Office; MARKWAYNE MULLIN, Secretary of the Department of Homeland Security, in his official capacity; DAVID VENTURELLA, Acting Director of Immigration and Customs Enforcement, in his official capacity; THOMAS BROPHY, Director of Enforcement and Removal Operations for the Buffalo Field Office of Immigration and Customs Enforcement, in his official capacity; and JAMES D'AMATO, Chief Patrol Agent, United States Border Patrol, Buffalo Sector, in his official capacity;

Defendants.

**NOTICE OF MOTION**

Defendants MARKWAYNE MULLIN, Secretary of the Department of Homeland Security, in his official capacity, DAVID VENTURELLA, Acting Director of Immigration and Customs Enforcement, in his official capacity; THOMAS BROPHY, Director of Enforcement and Removal Operations for the Buffalo Field Office of Immigration and Customs Enforcement, in his official capacity, and JAMES D'AMATO, Chief Patrol Agent, United States Border Patrol Buffalo Sector in his official capacity (OC Defendants) hereby respectfully move under Federal Rule of Civil Procedure 12(b)(1) to dismiss the claims against them by Plaintiff Hediberto Ramirez Perez and to deny Plaintiff's Motion for a Preliminary Injunction. The OC Defendants further move to dismiss Plaintiff's claims under Federal Rule of Civil Procedure 12(b)(6). The OC Defendants attach a Memorandum of Law in Support of their Motion to Dismiss and in Opposition to Plaintiff's Motion for a Preliminary Injunction and Exhibits A-G with a supporting Declaration.

Dated: November 6, 2026

TODD BLANCHE
Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By: ______________________________
Vanessa M. Otero
Assistant United States Attorney
Bar Roll No. 707937