UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEDRO ROJAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW MCCOY, et al.,<br><br>Defendants. | Civil Action No. 5:26-cv-01716<br><br>(ECC/ML) |

**DECLARATION OF PHILIP L. RHONEY**

I, Philip L. Rhoney, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am employed by the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Enforcement Removal Operations ("ERO") Buffalo, as an Assistant Field Officer Director at the ERO Buffalo office located in Buffalo, New York.

2. At the request of the United States Attorney's Office for the Northern District of New York, in connection with the Complaint and Motion for a Preliminary Injunction filed by Hediberto Ramirez-Perez (Plaintiff), I reviewed files and information in ICE possession associated with Plaintiff's Alien Registration Number.

3. I make this declaration in support of the Motion to Dismiss filed by the Defendants named in their official capacities, Markwayne Mullin, David Venturella, Thomas Brophy, and James D'Amato, and to place before the Court documents provided to the United States Attorney's Office for the Northern District of New York.

4. Copies of pertinent records from the Alien File pertaining to Plaintiff are attached hereto as exhibits. Redactions to the exhibits have been made pursuant to applicable laws, regulations, and rules.

5. ICE has provided the following documents pertaining to Plaintiff:

Exhibit A - Notice to Appear dated July 21, 2007;

Exhibit B – Letter to ICE from Walter H. Ruehle, Esq. dated May 20, 2008;

Exhibit C – Immigration Judge's decision dated May 28, 2008;

Exhibit D – Immigration Judge's decision dated October 16, 2018;

Exhibit E – Letter from U.S. Citizenship and Immigration Services dated January 23, 2020;

Exhibit F – Decision of the Board of Immigration Appeals dated November 19, 2020; and

Exhibit G - Decision of the Board of Immigration Appeals dated November 2, 2022.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed on November 4, 2026

Philip L. Rhoney