# The Legal Aid Society of Rochester

Alan S. Harris
President & CEO

One West Main Street, Suite 800
Rochester, NY 14614
office: (585) 232-4090
fax: (585) 232-2352

Genesee-Orleans
Youth Advocacy Program
County Building II
3837 West Main Street Road
Batavia, NY 14020
office: (585) 344-2580 x 5716
toll free: 1 (800) 641-6132

Livingston County
Youth Advocacy Program
6 Court Street, Room 105
Geneseo, NY 14454
office: (585) 243-7049
or: (585) 243-7944

RESPONSE TO
ACTION DUE BY

JUN 03 2008

May 20, 2008

Ms. Denise C. Hochul
Assistant Chief Counsel
Immigration and Customs Enforcement
U.S. Department of Homeland Security
130 Delaware Avenue
Buffalo, New York 14202

re: Ediberto Ramirez-Perez
[redacted]

Dear Denise,

Mr. Ramirez-Perez has his next master hearing before Judge Montante on May 28, 2008. We respectfully request administrative closure or an exercise of prosecutorial discretion for Ediberto. My EOIR-28 is enclosed.

Ediberto is a victim of a horrific explosion which occurred on October 6, 2005 at [redacted] in Schroeppel, New York. As he was sleeping, the propane tank which supplied fuel for the camp's kitchen stove exploded. One of his fellow workers was killed; eight of the workers suffered excruciating injuries. I have enclosed a copy of a October 7, 2005 Syracuse, New York Post Standard article which describes the incident.

As a result of the explosion, Ediberto [redacted] I have enclosed copies of the relevant pages of his May 7, 2007 Answers to Interrogatories in his civil lawsuit which detail these injuries.

Ediberto, along with the other survivors of the explosion, are plaintiffs in a lawsuit against 26 defendants. Enclosed please find a copy of the Second Supplemental Summons and a May 19, 2008 letter from Michael G. Bersani, his personal injury attorney, which describes the lawsuit and the status of it. The complaint is 52 pages and contains 87 causes of action. As Mr. Bersani indicates, the lawsuit will go to trial in approximately two years.

EXHIBIT
B

For these reasons, we would greatly appreciate it if Ediberto's case could be administratively closed, or if he could be granted some other type of prosecutorial discretion. The only formal relief he is statutorily eligible for appears to be voluntary departure. Unfortunately, that relief, given its four month maximum, will not permit him to remain in the U.S. for the duration of the civil lawsuit.

Ediberto has every intention of leaving the U.S. once the lawsuit is concluded. As Mr. Bersani notes in his letter, he will notify your office once that occurs. I will also inform you of the termination of the civil matter.

As the newspaper article notes, ICE became aware of this accident almost immediately. On October 21, 2005, Ed Pollock, ICE RAIC Syracuse, informed me, based on guidance he received from headquarters, that NTAs would not be issued and that the survivors would not be placed in proceedings. In the enclosed April 9, 2007 Oswego Palladium Times article, Mr. Pollock reiterates that the workers would be allowed to remain in the U.S. until their lawsuit is concluded.

If Ediberto is required to leave the U.S. prior to the resolution of their lawsuit, it will substantially reduce his chances of prevailing. A victory will, in my view, reduce the incentive that exists for employers to hire undocumented workers. At a minimum, he would appreciate being allowed to stay until the end of 2008. According to Mr. Bersani's letter, he should be deposed by that date.

Thank you for your indulgence in considering our request. Please feel free to contact me at [redacted] if you have any questions about it.

Very truly yours,

Walter H. Ruehle

Walter H. Ruehle
Attorney at Law

WHR/wr
encs.

cc: Ediberto Ramirez-Perez