UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
UNITED STATES IMMIGRATION COURT
BATAVIA, NEW YORK

File: A[redacted]

October 16, 2018

In the Matter of

| | | |
|---|---|---|
| HEDIBERTO RAMIREZ-PEREZ | ) ) | IN REMOVAL PROCEEDINGS |
| RESPONDENT | ) ) | |

CHARGES:

APPLICATIONS:

ON BEHALF OF RESPONDENT: Katherine Austin

ON BEHALF OF DHS: Robert Levy

ORAL DECISION OF THE IMMIGRATION JUDGE

The respondent is a 40-year-old male native and citizen of Guatemala who has admitted to the facts and allegations in the Notice to Appear and has conceded removal and based upon those admissions, removal has been established by clear, convincing and unequivocal evidence according to Woodby v. INS, 385 U.S. 276. Moreover, the court will find that he is statutorily eligible and at the exercise of the discretion grant him the privilege of post-conclusion voluntary departure. However, it's the order and judgment of the court that the respondent shall leave the United States of America no later than 60 days from today, which is December 17th, 2018. Failing

EXHIBIT

D

PENGAD 800-631-6989

which, an immediate order of removal and deportation would be entered against him. He's further reminded that if he moves to reopen or ask the court to reconsider during any point in time during the voluntary departure period in question, meaning between now and the time he's supposed to depart, and without any further notices, hearings or proceedings, the granting voluntary departure will be set aside. There will be an immediate order of removal and deportation. He'll be fined $5,000 and barred from relief for a period of ten years. The court's also going to add of course for post-conclusion voluntary departure the requirement that he post a bond within five business days which according to the court's calculation will be October 22nd, 2018.

***<u>Please see the next page for electronic signature</u>***

MONTANTE JR, PHILIP J.
Immigration Judge