**NOT FOR PUBLICATION**

U.S. Department of Justice
Executive Office for Immigration Review
Board of Immigration Appeals

MATTER OF:

Hediberto RAMIREZ-PEREZ, A[redacted]

Respondent

**FILED**
Nov 02, 2022

ON BEHALF OF RESPONDENT: Jose E. Perez, Esquire

IN REMOVAL PROCEEDINGS
On Remand from a Decision of the United States Court of Appeals for the Second Circuit

Before: Mullane, Appellate Immigration Judge

MULLANE, Appellate Immigration Judge

This case is presently before us pursuant to an order of the United States Court of Appeals for the Second Circuit, granting the parties' joint stipulation to remand the matter to the Board. The record will be remanded to the Immigration Court for further proceedings and the entry of a new decision.

This case was last before us on November 19, 2020, when we dismissed the respondent's appeal of the Immigration Judge's decision pretermitting the respondent's application for cancellation of removal pursuant to section 240A(b) of the Immigration and Nationality Act, 8 U.S.C. § 1229b(b).

The parties' joint stipulation requests that the Board be directed to reconsider the respondent's appeal in light of the Supreme Court's intervening decision in *Niz-Chavez v. Garland*, 141 S. Ct. 1474 (2021). Upon reconsideration and considering intervening precedent, we will remand the record for the Immigration Judge to consider the respondent's application for cancellation of removal for nonpermanent residents.

On remand, both parties may submit evidence relevant to the respondent's application for cancellation of removal. The Board expresses no opinion regarding the ultimate outcome of these proceedings. Accordingly, the following order is entered.

ORDER: The record is remanded for further proceedings consistent with the foregoing opinion.

EXHIBIT

G

PENGAD 800-631-6989