**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**PEDRO ROJAS, HEDIBERTO RAMIREZ PEREZ, MARIBEL LOPEZ MARTINEZ,** and **ARGENTINA JUAREZ-LOPEZ**, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**ANDREW McCOY**, Special Agent, Homeland Security Investigations, in his individual capacity; **LINDSEY VALENTINO**, Special Agent, Homeland Security Investigations, in her individual capacity; **MICHAEL DONNELL**, Deportation Officer, Immigration and Customs Enforcement, in his individual capacity**; JAKE MATTHEW BELL,** Agent, Homeland Security Investigations, in his individual capacity; **JASON BURRELL**, Agent, United States Border Patrol, in his individual capacity; **FOSTER RUBINSTEIN**, Agent, United States Border Patrol, in his individual capacity; **J. DI BELLA**, Agent, United States Border Patrol, in his individual capacity; **IAN BROCKWAY**, Agent, United States Border Patrol, in his individual capacity; **DENNIS LAST NAME UNKNOWN**, Agent, United States Border Patrol, in his individual capacity; **BRANDON GEER**, Deportation Officer, Immigration and Customs Enforcement, in his individual capacity; **DON HILTON**, Sheriff, Oswego County, in his individual capacity; **BRIAN SCHENCK**, Sheriff, Cayuga County, in his individual capacity; **EDGAR LORENZO**, Agent, United States Border Patrol, in his individual capacity; **JAVIER LORENZO**, Agent, United States Border Patrol, in his individual capacity; **DANIEL HUTCHINGS**, Agent, United States Border Patrol, in his individual capacity; **CHARLIE RODRIGUEZ**, Agent, United States Border Patrol, in his individual capacity; **NICHOLAS MULZOFF**, Agent, United States

**Case No. 5:26-CV-1716-ECC-ML**

**STIPULATION REGARDING EXTENSION OF DEFENDANTS' TIME TO RESPOND TO COMPLAINT, PLAINTIFFS' TIME TO FILE OPPOSITION TO MOTIONS TO DISMISS, AND DEFENDANTS' TIME TO REPLY**

Border Patrol, in his individual capacity; **REGAN D.,** Agent, Homeland Security Investigations, in her individual capacity; **AGENTS DOE 1-60,** Officers, United States Border Patrol, Homeland Security Investigations, Immigration and Customs Enforcement, Internal Revenue Service, Cayuga County Sheriff's Office, and Oswego County Sheriff's Office**; MARKWAYNE MULLIN**, Secretary of the Department of Homeland Security, in his official capacity; **DAVID VENTURELLA**, Acting Director of Immigration and Customs Enforcement, in his official capacity; **THOMAS BROPHY**, Director of Enforcement and Removal Operations for the Buffalo Field Office of Immigration and Customs Enforcement, in his official capacity; and **JAMES D'AMATO**, Chief Patrol Agent, United States Border Patrol, Buffalo Sector, in his official capacity;

Defendants.

**STIPULATION REGARDING EXTENSION OF DEFENDANTS' TIME TO RESPOND TO COMPLAINT, PLAINTIFFS' TIME TO FILE OPPOSITION TO MOTIONS TO DISMISS, AND DEFENDANTS' TIME TO REPLY**

Plaintiffs, Pedro Rojas, Hediberto Ramirez Perez, Maribel Lopez Martinez, and Argentina Juarez-Lopez, on behalf of themselves and all others similarly situated, and Defendants Markwayne Mullin, Secretary of the Department of Homeland Security, in his official capacity; David Venturella, Acting Director of Immigration and Customs Enforcement, in his official capacity; Thomas Brophy, Director of Enforcement and Removal Operations for the Buffalo Field Office of Immigration and Customs Enforcement, in his official capacity; and James D'Amato, Chief Patrol Agent, United States Border Patrol, Buffalo Sector, in his official capacity (the "Official Capacity Defendants"); Andrew McCoy, Lindsey Valentino, Jake Matthew Bell, Regan D., Michael Donnell, Brandon Geer; Jason Burrell, Foster Rubinstein, J. DiBella, Ian Brockway, Dennis (Last Name Unknown), Edgar Lorenzo, Javier Lorenzo, Daniel Hutchings, Charlie

Rodriguez, and Nicholas Mulzoff (the "Individual Capacity Federal Defendants"); and Sheriff Don Hilton and Sheriff Brian Schenck (collectively, with the Individual Capacity Federal Defendants, the "Individual Capacity Defendants"), by and through counsel, hereby stipulate and agree:

1. The Individual Capacity Defendants proposed that they be permitted to file their responses on or before December 22, 2026, and that Plaintiffs be permitted to file any oppositions on or before February 22, 2027.

2. In order to align briefing schedules for all motions to dismiss, Plaintiffs proposed that all Defendants file their responses to the Complaint on or before December 22, 2026, and Plaintiffs file their oppositions on or before February 22, 2027.

3. The Official Capacity Defendants prefer to file their motion to dismiss on or before November 17, 2026, as currently ordered by the Court (ECF No. 39) and filed a combined motion to dismiss and opposition to Plaintiffs' motion for a preliminary injunction on November 6, 2026.

4. In an effort to reach a compromise, all parties agree to the following schedule:

   a. Plaintiffs shall file their reply in support of their motion for a preliminary injunction on or before **November 16, 2026**, as ordered by the Court (ECF No. 39).

   b. Plaintiffs shall oppose any motion to dismiss filed by the Official Capacity Defendants on or before **January 22, 2027**.

   c. The Official Capacity Defendants shall reply to Plaintiffs' opposition to any motion to dismiss on or before **February 19, 2027**.

   d. Sheriff Hilton, Sheriff Schenck, and the Individual Capacity Federal Defendants shall answer or otherwise respond to the Complaint on or before **December 22, 2026**;

e. Plaintiffs shall oppose any motions to dismiss filed by Sheriff Hilton, Sheriff Schenck, and/or the Individual Capacity Federal Defendants on or before **February 22, 2027**.

f. Sheriff Hilton, Sheriff Schenck, and/or the Individual Capacity Federal Defendants shall reply to Plaintiffs' opposition to motions to dismiss on or before **March 22, 2027.**

STIPULATED AND AGREED:

Date: November 13, 2026

**NEW YORK CIVIL LIBERTIES UNION FOUNDATION**
*/s/ Perry Grossman*
Perry Grossman (#702421)
Wafa Junaid (#706888)
Claire Molholm (#706788)
Thomas Munson (#707489)
Molly Biklen (#515729)
125 Broad Street
New York, New York 10004
Phone: (212) 607-3300
pgrossman@nyclu.org
wjunaid@nyclu.org
cmolholm@nyclu.org
tmunson@nyclu.org
mbiklen@nyclu.org

**WORKER JUSTICE CENTER OF NEW YORK**
*/s/ Olivia Post Rich*
Olivia Post Rich (#703805)
Malcolm Kim (#706400)*
1187 Culver Road
Rochester, New York 14609
Phone: 646-545-2211
opostrich@wjcny.org
mkim@wjcny.org

**McGIVNEY, KLUGER, CLARK & INTOCCIA, P.C.**
*/s/ Thomas E. Emala*
Gary J. Intoccia (# GI5329)
Thomas E. Emala
290 W. Mt. Pleasant Ave., Ste. 4200
Livingston, New Jersey 07039
gintoccia@mkcilaw.us.com
temala@mkcilaw.us.com
973-822-1110

*Counsel for Don Hilton, Sheriff, Oswego County*

**SOKOLOFF STERN LLP**
*/s/ Steve C. Stern*
Steve C. Stern
Reghan M. Lynch
179 Westbury Avenue
Carle Place, NY 11514
sstern@sokoloffstern.com
Email: rlynch@sokoloffstern.com
516-334-4500

*Counsel for Brian Schenck, Sheriff, Cayuga County*

**PAUL TUCK LAW**

*/s/ Paul J. Tuck*
Paul J. Tuck (#520814)
PO Box 44
Manlius, New York 13104
(315) 314-4545
paul@paultucklaw.com

**ARNOLD & PORTER KAYE SCHOLER LLP**

*/s/ Diana E. Reiter*
Diana E. Reiter*
Lucy S. McMillan*
Kristine Rose Itliong (#704401)
Alexis Gannaway*
250 West 55th St.
New York, NY 10019
T: (212) 836-8000
F: (212) 836-8689
diana.reiter@arnoldporter.com
lucy.mcmillan@arnoldporter.com
kristine.itliong@arnoldporter.com
alexis.gannaway@arnoldporter.com

Stephanie M. Bonnett*
Gabriela E. Guimaraes Weldon*
601 Massachusetts Ave. NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999
stephanie.bonnett@arnoldporter.com
gabriela.guimaraesweldon@arnoldporter.com

*Admitted *pro hac vice*.

*Counsel for Plaintiffs*

**UNITED STATES ATTORNEY'S OFFICE FOR THE NORTHERN DISTRICT OF NEW YORK**
*/s/ Vanessa Otero*
Vanessa Otero
Assistant U.S. Attorney
United States Attorney's Office
Northern District of New York – Albany
445 Broadway, Room 218
Albany, NY 12207-2924
Office: (518) 431-0247
Vanessa.Otero@usdoj.gov

*Counsel for the Official Capacity Defendants*

**U.S. DEPARTMENT OF JUSTICE**
*/s/ Andrew Vandini*
Paul Quast
Andrew Vandini
U.S. Department of Justice
Benjamin Franklin Station
P.O. Box 7146
Washington, DC 20004
(202) 616-4150
paul.c.quast@usdoj.gov
andrew.m.vandini@usdoj.gov
*Counsel for the Individual Capacity Federal Defendants*

**IT IS SO ORDERED:**

Elizabeth C. Coombe
U.S. District Judge

Dated: November 16, 2026
Syracuse, NY

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2026, the foregoing document was filed via the Court's CM/ECF system and served on all counsel of record.

*/s/ Perry Grossman*
Perry Grossman